FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Special Crime Section

MICHAEL C. SONG
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Michael.Song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 09 2012

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 12-0019 RLP |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AFFIDAVIT |
| vs. | ) | |
| | ) | |
| SOHEI YAMANOUCHI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CRIMINAL COMPLAINT

   I, K. NATHAN JOHNSON, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

   On or about January 9, 2012, while aboard an aircraft within the special aircraft jurisdiction of the United States, that is, Delta Airlines flight DL608, originating in Narita, Japan and bound for Honolulu, Hawaii, and outside any particular State or District of the United States, with Honolulu, Hawaii, being the location to which the Defendant was first brought and where the aircraft next landed, the Defendant, SOHEI YAMANOUCHI, did

intentionally assault crew member, "S.T.", by striking her in the shoulder.

    In violation of Title 49, United States Code, Section 46506 and Title 18, United States Code, Section 113(a)(4).

    I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based upon the facts set forth in the attached "Agent's Affidavit in Support of Criminal Complaint," which is incorporated herein by reference.

Sworn to before me and subscribed in my presence this 9th day of January, 2012, at Honolulu, Hawaii.

KARL NATHAN JOHNSON
Complainant

_____
United States Magistrate Judge
District of Hawaii

## AFFIDAVIT

K. Nathan Johnson after being duly sworn, deposes and states as follows:

1. I am a Special Agent (SA) with the FEDERAL BUREAU OF INVESTIGATION (FBI) and am currently assigned to the Criminal Enterprise squad in Honolulu. The information contained in this affidavit was derived from personal investigative knowledge and information provided to me by other law enforcement personnel.

2. This affidavit is made in support of a Criminal Complaint against SOHEI YAMANOUCHI for violation of Title 18, United States Code, Section 113(a)(4).

3. On January 9, 2012, at approximately 7:30 a.m., the Honolulu Office was notified by United States Customs and Border Protection at Honolulu International Airport (HNL), of a possible assault, which had occurred in mid air onboard Delta Airlines flight DL608, en route to HNL from Tokyo, Japan.

4. The Affiant was advised by "S.T.", the victim of the assault, of the following information:

5. S.T., a member of the flight crew on Delta Airlines flight DL608, noted that YAMANOUCHI consumed one glass of champagne while the aircraft was on the ground, and four glasses of wine during the flight.

6. After the meal service, S.T. talked to passenger, E.S., about his flight-provided media player that was not working.

7. E.S. was seated directly behind the seat of YAMANOUCHI.

8. YAMANOUCHI rose from his seat and struck S.T. on the left shoulder with an open palm, knocking her off balance. YAMANOUCHI then hit S.T. with a closed fist in the left shoulder.

9. YAMANOUCHI subsequently shook his fist at S.T. in a threatening manner and told her to "shut up" in English.

10. S.T. was concerned with what YAMANOUCHI might do next. S.T. went to the telephone in the front of the aircraft and requested that a second flight attendant come to assist in controlling the situation.

11. Passenger E.S. witnessed YAMANOUCHI hit S.T. and speak to her in a threatening manner.

12. YAMANOUCHI was later read a Delta Airlines violation

card by an interpreter advising him that he had violated a federal statute.

12.  YAMANOUCHI was escorted back to his assigned seat and there were no further confrontations between YAMANOUCHI and S.T.

13.  YAMANOUCHI plans to leave Honolulu to return to Tokyo, Japan on Saturday, January 14, 2012.

Based on the foregoing, and on my training and experience, I believe probable cause exists that SOHEI YAMANOUCHI did assault crew member S.T. in mid air aboard Delta Airlines flight DL608, in violation of Title 18, United States Code, Section 113(a)(4).

FURTHER AFFIANT SAYETH NAUGHT.

K. Nathan Johnson
Special Agent/FBI

Subscribed and sworn to before me this ___ day of January, 2012.

RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

2