cc MRF

ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Special Crime Section

MICHAEL C. SONG
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Michael.Song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2012

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOHEI YAMANOUCHI,<br><br>　　　　Defendant. | MAG. NO. CR12 00044<br><br>MISDEMEANOR INFORMATION<br><br>49 U.S.C. § 46506 and<br>18 U.S.C. § 113(a)(4) |

MISDEMEANOR INFORMATION

The United States Attorney charges that:

On or about January 9, 2012, while aboard an aircraft within the special aircraft jurisdiction of the United States, that is, Delta Airlines flight DL608, originating in Narita, Japan and bound for Honolulu, Hawaii, and outside any particular State or District of the United States, with Honolulu, Hawaii, being the location to which the Defendant was first brought and

where the aircraft next landed, the Defendant, SOHEI YAMANOUCHI, did intentionally assault crew member, "S.T.", by striking her in the shoulder.

In violation of Title 49, United States Code, Section 46506 and Title 18, United States Code, Section 113(a)(4).

DATED: __JAN 1 0 2012__, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
THOMAS J. BRADY
Chief, Special Crime Section

_____
MICHAEL C. SONG
Assistant U.S. Attorney

United States v. SOHEI YAMANOUCHI
"Misdemeanor Information"
Mag. No. :