AO 98 (Rev.06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2012

at 9 o'clock and 50 min. A.M.
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| V. | ) Case Number: **MAG 12-0019 RLP**<br>)<br>) |
| SOHEI YAMANOUCHI<br>*Defendant* | )<br>) |

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property (other than real property) to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, security interest, or other encumbrance on it)*:

$10,000 Unsecured

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, security interest, or other encumbrance except as disclosed above. We promise not to sell, pledge, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:


*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: __01/09/2012__                                       __Sohei Yamanouchi__
                                                                               *Defendant's signature*

City and State: __Honolulu Hawaii__

_____                                    _____
*Property owner's printed name*                                 *Property owner's signature*

_____                                    _____
*Property owner's printed name*                                 *Property owner's signature*

_____                                    _____
*Property owner's printed name*                                 *Property owner's signature*

Sworn and signed before me.                                     CLERK OF COURT

Date: __01/09/2012__                                            _____  1/9/2012
                                                                *Signature of Clerk or Deputy Clerk*

Approved.

Date: __1-10-12__                                               _____
                                                                *Judge's signature*