# MINUTES

CASE NUMBER:      CR 12-00044

CASE NAME:        U.S.A. v. SOHEI YAMANOUCHI

ATTY FOR PLA:     Michael Song, AUSA

ATTY FOR DEFT:    Gurmail G. Singh, Esq. (retained)
INTERPRETER:      Donna Peake

---

JUDGE:    Richard L. Puglisi        REPORTER:    FTR - C6

DATE:     January 13, 2012          TIME:        10:01 a.m. - 10:23 a.m.

---

COURT ACTION:  EP    A&P OF GUILTY TO THE MISDEMEANOR
                     INFORMATION AND SENTENCE TO FOLLOW

The defendant is present, not in custody.

Defendant sworn, questioned by the Court.

Charges received. Defendant waives public reading of the MISDEMEANOR
INFORMATION.  Plea of Guilty as to Count 1 of the MISDEMEANOR
INFORMATION entered by the Defendant.

SENTENCE;

The defendant is committed to the Bureau of Prisons to one (1) day, or TIME SERVED.
The Court impose a fine of $2,500.00 which is due prior to the defendant  leaving for
Japan.  Special assessment fee of $10.00 which is due immediately. Passport shall be
returned to the defendant at the time the fine and special assessment fee is paid.

Court advised the defendant regarding his rights to appeal.


              Submitted by: Mary Feria, Courtroom Manager


cc:    Finance